# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                    CASE NO. 6:23-cr-10125-JWB-1-2

**OMAR SINHUE CEBREROS,**
**MARIO DE JESUS AHUMADA-ADAME,**

    **Defendants.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**CONSPIRACY TO POSSESS WITH THE**
**INTENT TO DISTRIBUTE COCAINE**
**[21 U.S.C. § 841(a)(1) and 846]**

On or about November 9, 2023, in the District of Kansas, and elsewhere, defendants,

**OMAR SINHUE CEBREROS,**
**MARIO DE JESUS AHUMADA-ADAME,**

knowingly and intentionally combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and

1

possess with the intent to distribute a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and 846.

## COUNT 2

### POSSESSION WITH THE INTENT
### TO DISTRIBUTE COCAINE
### [21 U.S.C. § 841(a)(1)]

On or about November 9, 2023, in the District of Kansas, defendants,

**OMAR SINHUE CEBREROS,**
**MARIO DE JESUS AHUMADA-ADAME,**

knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

### CONSPIRACY TO POSSESS WITH THE
### INTENT TO DISTRIBUTE FENTANYL
### [21 U.S.C. § 841(a)(1) and 846]

On or about November 9, 2023, in the District of Kansas, and elsewhere, defendants,

**OMAR SINHUE CEBREROS,**
**MARIO DE JESUS AHUMADA-ADAME,**

knowingly and intentionally combined, conspired, confederated and agreed with persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and

possess with the intent to distribute a mixture or substance containing a detectable amount of Fentanyl, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and 846.

## COUNT 4

### POSSESSION WITH THE INTENT
### TO DISTRIBUTE FENTANYL
### [21 U.S.C. § 841(a)(1)]

On or about November 9, 2023, in the District of Kansas, defendants,

**OMAR SINHUE CEBREROS,
MARIO DE JESUS AHUMADA-ADAME**,

knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of Fentanyl, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5

### CONSPIRACY TO POSSESS WITH THE
### INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. § 841(a)(1) and 846]

On or about November 9, 2023, in the District of Kansas, and elsewhere, defendants,

**OMAR SINHUE CEBREROS,
MARIO DE JESUS AHUMADA-ADAME**,

knowingly and intentionally combined, conspired, confederated and agreed with persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and

possess with the intent to distribute a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and 846.

## COUNT 6

### POSSESSION WITH THE INTENT
### TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. § 841(a)(1)]

On or about November 9, 2023, in the District of Kansas, defendants,

**OMAR SINHUE CEBREROS,**
**MARIO DE JESUS AHUMADA-ADAME**,

knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

November 28, 2023                     s/Foreperson
DATE                                  FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Larry W. Fadler
LARRY W. FADLER
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Larry.Fadler@usdoj.gov
Texas Bar #24080125

> IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# PENALTIES

**Counts 1-6: 21 U.S.C. § 841(a)(1), (b)(1)(C) and 846.**
**Conspiracy to Possess and Possession of Cocaine, Fentanyl, and Methamphetamine with Intent to Distribute**

- Punishable by a term of imprisonment of up to 20 years. 21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least three (3) years. 21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1 million. 21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- Punishable by a term of imprisonment of not less than thirty (30) years. 21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least six (6) years. 21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $2 million. 21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).